OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 Given the nature of the attorney-client relationship and petitioner’s position as associate counsel to respondent New York State Temporary Commission on Regulation of Lobbying, it cannot be said that reports of petitioner’s active assistance to two public interest lobbying groups regulated by the commission were an improper basis for the commission’s decision to terminate petitioner’s employment (cf.
 
 Arnett v Kennedy,
 
 416 US 134;
 
 Cooper v Johnson,
 
 590 F2d 559). Nor was petitioner entitled to a due
 
 *659
 
 process hearing inasmuch as he never alleged that there was public dissemination of the reasons for his dismissal. Finally, petitioner, a nontenured employee, has demonstrated no procedural violation in the manner in which his employment was terminated.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed, with costs, in a memorandum.